IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALAFALA KHALAFALA,

      Petitioner,                      No. CIV S-06-1152 DFL KJM P

   vs.

KRAMER, et al.,

      Respondents.                ORDER AND
_____/      FINDINGS & RECOMMENDATIONS

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Petitioner has submitted a declaration that makes the showing required by § 1915(a). Accordingly, the request to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

      The exhaustion of state court remedies is a prerequisite to the granting of a petition for writ of habeas corpus. 28 U.S.C. § 2254(b)(1). If exhaustion is to be waived, it must be waived explicitly by respondent's counsel. 28 U.S.C. § 2254(b)(3).[1] A waiver of exhaustion, thus, may not be implied or inferred. A petitioner satisfies the exhaustion requirement by

---

[1] A petition may be denied on the merits without exhaustion of state court remedies. 28 U.S.C. § 2254(b)(2).

1 providing the highest state court with a full and fair opportunity to consider all claims before
2 presenting them to the federal court.  <u>Picard v. Connor</u>, 404 U.S. 270, 276 (1971); <u>Middleton v.</u>
3 <u>Cupp</u>, 768 F.2d 1083, 1086 (9th Cir.), <u>cert. denied</u>, 478 U.S. 1021 (1986).
4       After reviewing the petition for habeas corpus, the court finds that petitioner has
5 failed to exhaust state court remedies.  The claims appear to be pending before the Court of
6 Appeal for the Third Appellate District on direct appeal and before the California Supreme Court
7 on a petition for a writ of habeas corpus.  See <u>People v. Khalafala</u>, C048861
8 (<http://appellatecases.courtinfo.ca.gov/search/case/dockets.cfm?dist=3&doc_id=48842&doc_n
9 o=C048861> accessed 11/30/06; docket, indicating case fully briefed as of 8/23/06) and <u>In re</u>
10 <u>Khalafala</u>, S144094 (<http://appellatecases.courtinfo.ca.gov/search/case/mainCaseScreen.cfm?
11 dist=0&doc_id=426305&doc_no=S144094&search=party&start=1&query_partyLastNameOrOr
12 g=Khalafala> accessed 11/30/06; docket, indicating petition filed 5/30/06).
13       Accordingly, the petition should be dismissed without prejudice.
14       Good cause appearing, IT IS HEREBY ORDERED that:
15       1.  Petitioner is granted leave to proceed in forma pauperis;
16       2.  The Clerk of the Court is directed to serve a copy of these findings and
17 recommendations together with a copy of the petition filed in the instant case on the Attorney
18 General of the State of California; and
19       IT IS HEREBY RECOMMENDED that petitioner's application for a writ of
20 habeas corpus be dismissed for failure to exhaust state remedies.
21 /////
22 /////
23 /////
24 /////
25 /////
26 /////

1       These findings and recommendations will be submitted to the United States
2 District Judge assigned to this case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within
3 twenty days after being served with these findings and recommendations, petitioner may file
4 written objections with the court.  The document should be captioned "Objections to Findings
5 and Recommendations."  Petitioner is advised that failure to file objections within the specified
6 time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
7 (9th Cir. 1991).

8 DATED: December 1, 2006.

                                                                  U.S. MAGISTRATE JUDGE

2
khal1152.103