IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALAFALA KHALAFALA,

        Petitioner,                    No. CIV S-06-1152 DFL KJM P

    vs.

KRAMER, et al.,

        Respondents.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

        On December 14, 2006, this court filed findings and recommendations recommending that the action be dismissed for failure to exhaust state remedies. Petitioner has now submitted documents suggesting that the California Supreme Court has denied his habeas petition. Accordingly, the findings and recommendations are hereby vacated.

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 4, 2006 are hereby vacated.

2. Respondents are directed to file a response to petitioner's amended habeas petition filed May 9, 2007 within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order together with a copy of the amended petition for writ of habeas corpus filed May 9, 2007 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: October 26, 2007.

_____
U.S. MAGISTRATE JUDGE

2
khal1152.100