IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALAFALA KHALAFALA,

    Petitioner,                         No. CIV S-06-1152 JKS KJM P

    vs.

IVAN D. CLAY,

    Respondent.                     <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 13, 2007, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's December 13, 2007 motion to dismiss (docket no. 27) should not be granted.

DATED: February 29, 2008.

_____
U.S. MAGISTRATE JUDGE

2 khal1152.46

1