IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KHALAFALA KHALAFALA,

    Petitioner,                      No. CIV S-06-1152 JKS KJM P

    vs.

IVAN CLAY[1],                       ORDER AND

    Respondent.                FINDINGS AND RECOMMENDATIONS

_____/

       Petitioner is a state prison inmate proceeding pro se with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. Respondent has filed a motion to dismiss on the ground that petition is premature.

       Petitioner was convicted of two counts of assault with intent to commit rape and sentenced to a total term of eight years, based on two consecutive terms of four years each. Respondent's Lodged Documents (Lodg. Docs.) 1 at xvi-xvii & 2 at 2-3. On appeal, the Court of Appeal affirmed the conviction, but remanded for resentencing. Lodg. Doc. 3.

       Petitioner was returned to court for resentencing, Lodg. Doc. 4, and then filed an appeal from that hearing. At the time respondent's motion was filed, this appeal was pending.

---

[1] Respondent has notified the court that petitioner's current warden is Ivan Clay; the court makes the substitution under the authority of Fed. R. Civ. P. 25(d).

1

1    In his opposition filed March 17, 2008 (docket no. 32)[2], petitioner has attached a
2 copy of the Court of Appeal order granting petitioner's motion to dismiss the appeal from his
3 sentence and directing that the remittitur be issued forthwith.  See also People v. Khalafala, Case
4 No. C057264, Court of Appeal, California Third Appellate District, Docket.
5    Respondent has neither challenged petitioner's characterization of the proceedings
6 nor sought to withdraw his motion even though the only basis for the motion was the pendency
7 of the sentencing appeal.  Motion to Dismiss at 3.  Because nothing else in the record suggests a
8 basis for dismissal, respondent's motion is not well taken.
9    This is not the first time this Deputy Attorney General has omitted to withdraw a
10 motion filed in this court after a habeas petitioner has filed documents showing that the motion
11 was unsupported.  See Spence v. Runnels, Civ. No. S-03-376 GEB KJM P, Docket No. 13.
12    IT IS HEREBY ORDERED that the Clerk of the Court serve a copy of these
13 findings and recommendations and of any order adopting or denying these findings and
14 recommendations on Stephen G. Herndon, Supervising Deputy Attorney General.
15    IT IS HEREBY RECOMMENDED that respondent's motion to dismiss (docket
16 no. 27) be denied and that respondent be directed to respond to the amended habeas petition
17 within sixty days of any order adopting these findings and recommendations.
18    These findings and recommendations are submitted to the United States District
19 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
20 days after being served with these findings and recommendations, any party may file written
21 objections with the court and serve a copy on all parties.  Such a document should be captioned
22 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
23 /////
24 /////

---

[2] Petitioner appears to have filed a duplicate of the opposition on March 26, 2008.  See Docket No. 34.

1  shall be served and filed within ten days after service of the objections.  The parties are advised
2  that failure to file objections within the specified time may waive the right to appeal the District
3  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
4  DATED: September 3, 2008.

_____
U.S. MAGISTRATE JUDGE

2/khal1152.157