IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALAFALA KHALAFALA, <br><br> Petitioner, <br><br> vs. <br><br> IVAN CLAY, Warden, <br><br> Respondent. | No. 2:06-cv-01152-JKS-KJM <br><br> ORDER |

     Petitioner Khalafala Khalafala, a state prisoner proceeding *pro se*, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On September 3, 2008, the Magistrate Judge filed Findings and Recommendations, which were served on all parties and which contained notice to all parties that any objections to the Findings and Recommendations were to be filed within twenty days. No objections to the Findings and Recommendations have been filed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this Court has reviewed the record on its face and finds no clear error.

     Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations filed September 3, 2008, are adopted in full;

2. Respondent's motion to dismiss at Docket No. 27 is DENIED; and

3. Respondent is ordered to respond to the Amended Petition as provided in Rule 5, Rules–Section 2254 Cases within **60 days** of the date of this order. Petitioner must file any reply within **30 days** of service of Respondent's answer.

     Dated: September 30, 2008.

                                                         s/ James K. Singleton, Jr.  
                                                         JAMES K. SINGLETON, JR.  
                                                         United States District Judge