IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALAFALA KHALAFALA,<br><br>                     Petitioner,<br><br>       vs.<br><br>KRAMER, *et al.*,<br><br>                     Respondents. | No. 2:06-cv-01152-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 40] |

      At Docket No. 40 Respondent has filed a request for an extension of time to file an answer. Good cause appearing therefor,

      IT IS ORDERED THAT the motion at Docket No. 40 is GRANTED, and the time within which Respondent is to file an answer is hereby extended until **January 28, 2009.**

      IT IS FURTHER ORDERED THAT the reference to Magistrate Judge Kimberly J. Mueller is hereby WITHDRAWN.

      IT IS FURTHER ORDERED THAT, concurrently with the filing of the answer, or before, counsel for the Respondent is directed to provide the current penal status of Petitioner, if any, including the name and title of the person having custody or constructive custody, if any, of Petitioner.[1]

      Dated: December 22, 2008.

                                                        /s/ James K. Singleton, Jr.
                                                        JAMES K. SINGLETON, JR.
                                                         United States District Judge

---

      [1] The record reflects that on November 6, 2008, Petitioner filed a Notice of Change of Address to an address in Florence Arizona, which may be a private residence, not a penal institution. Consequently, it appears that Petitioner is no longer incarcerated and may or may not be subject to further probation/parole supervision.