IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALAFALA KHALAFALA,<br><br>          Petitioner,<br><br>     vs.<br><br>EDMUND G. BROWN,[1] Attorney General, State of California,<br><br>          Respondent. | No. 2:06-cv-01152-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 45] |

     At Docket No. 45 Petitioner has filed a request for an extension of time to file his reply (traverse). Good cause appearing therefor,

     **IT IS ORDERED THAT** the motion at Docket No. 45 is **GRANTED**, and the time within which Petitioner is to file his reply to Respondents's answer is hereby extended until **April 6, 2009.**

     Dated: February 4, 2009.

                                            /s/ James K. Singleton, Jr.
                                              JAMES K. SINGLETON, JR.
                                              United States District Judge

---

[1] Edmund G. Brown, Attorney General, State of California, is substituted for Matthew Kramer, Warden, Sierra Conservation Center, Jamestown, California. Fed. R. Civ. P. 17(d).