IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALAFALA KHALAFALA,<br><br>                     Petitioner,<br><br>        vs.<br><br>EDMUND G. BROWN, JR.,[1] Attorney General of the State of California,<br><br>                     Respondent. | No. 2:06-cv-01152-JKS<br><br>ORDER<br>[Re: Motions at Docket Nos. 42 and 49] |

      At Docket No. 42 Petitioner Khalafala Khalafala, a former state prisoner,[2] proceeding *pro se* in this proceeding initiated by a petition for habeas corpus relief under 28 U.S.C. § 2254, filed a request for appointment of counsel under the Criminal Justice Act, 18 § 3006A.  At Docket No. 49 Khalafala filed a request for leave to file a second amended petition.  At Docket No. 51 Khalafala filed a request to withdraw his request for leave to file a second amended petition.

      Appointment of counsel is not required in a proceeding in the absence of an order granting discovery or an evidentiary hearing.[3]  This Court may appoint counsel under the Criminal Justice Act in this case if the Court determines that the interests of justice so require.[4]  The Court does not so determine.

      IT IS ORDERED THAT the request for appointment of counsel at Docket No. 42 is DENIED, without prejudice.

---

[1] Edmund G. Brown, Attorney General of the State of California is substituted for Kramer, Director of California Department of Corrections.  Fed. R. Civ. P. 25(d).

[2] Khalafala is currently on parole in the custody of the U.S. Immigration and Customs Enforcement at the Florence Processing Center, Florence, Arizona.

[3] *See* Rules—Section 2254 Cases, Rules 6(a), 8(c).

[4] 18 U.S.C. § 3006A(a)(2)(B).

IT IS FURTHER ORDERED THAT the request for leave to file a second amended petition at Docket No. 49 is DENIED as moot.

Dated: September 23, 2009.

                                              /s/ James K. Singleton, Jr.
                                              JAMES K. SINGLETON, JR.
                                              United States District Judge