IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHALAFALA KHALAFALA,<br><br>　　　　　　　Petitioner,<br><br>　vs.<br><br>EDMUND G. BROWN, Attorney General, State of California,<br><br>　　　　　　　Respondent. | No. 2:06-cv-01152-JKS<br><br>ORDER<br>[Re: Motions at Docket Nos. 59 and 60] |

　　　At Docket No. 59 Petitioner Khalafala Khalafala, a state prisoner appearing pro se, has filed a Motion for Error Correction and at Docket No. 60 a Motion for Expansion of the Record. On September 23, 2009, this Court entered its Memorandum Decision and Judgment denying Khalafala's petition for habeas corpus relief under 28 U.S.C. § 2254.[1]  Accordingly,

　　　**IT IS ORDERED THAT** the Motion for Error Correction at Docket No. 59 and Motion for Expansion of the Record at Docket No. 60 are hereby **DENIED** as moot.

　　　Dated:  May 20, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ James K. Singleton, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON, JR.
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] Docket Nos. 57, 58.